# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

   v.

**DONALD MIMS,**

   Defendant.

Case No. 7:13-CR-12 (HL)

## ORDER

Defendant was indicted on April 16, 2013. He had his initial appearance and arraignment on June 26, 2013. The parties now jointly move the Court to continue this case from the trial term scheduled to begin on July 29, 2013. For the reasons discussed below, the Joint Motion for Continuance (Doc. 24) is granted.

Upon consideration, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants to a speedy trial. The Court further finds that failure to grant a continuance could result in the miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, this case is continued to the trial term currently scheduled to begin on October 29, 2013. Any delay occasioned by this continuance is deemed excludable delay pursuant to 18 U.S.C. § 3161(h).

**SO ORDERED,** this 12th day of July, 2013.

                             *s/ Hugh Lawson*
                             **HUGH LAWSON, SENIOR JUDGE**

mbh